UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY, Individually,

    Plaintiff,                                          CASE NO. 0:09-cv-61412-JAL

v.

SRA /PALM TRAILS PLAZA, LLC,
A Foreign Limited Liability Company,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56 and Local Rule 7.5, hereby moves for Summary Judgment. Plaintiff hereby incorporates the Memorandum in Support and Statement Of Material Facts in support thereof and further states as follows:

1. Plaintiff is confined to a wheelchair and qualifies as a disabled person within the meaning of Title III of the Americans With Disabilities Act ("ADA"), 42 U.S.C. Sections 12181, et seq.

2. Plaintiff visited the Defendant's place of public accommodation, known PALM TRAILS PLAZA, 1101 South Military Trail Deerfield Beach Florida. Defendant is the owner of this property.

3. While visiting Defendant's plaza, Plaintiff encountered numerous ADA violations which discriminated against him on the basis of this disability and the instant action was commenced for injunctive relief for the removal of those barriers to access.

4. Plaintiff's expert conducted a rule 34 inspection of the premises and generated a report detailing the many violations present at the property. Plaintiff's expert set forth the remedial measures that would bring the premises into ADA compliance and the costs thereof.

5.  No genuine issue of material fact exists and plaintiff is entitled to summary judgment as a matter of law.

WHEREFORE, Plaintiff respectfully requests that this Court enter Summary Judgment against Defendant and require the Defendant to immediately bring its facility into full compliance with the ADA.  Plaintiff further seeks judgment for his attorney fees, costs, expert fees and litigation expenses.

Respectfully submitted,

Attorney for Plaintiffs:

  /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.
Attorney-At-Law
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 10th day of May, 2010.

    /s/ Thomas B. Bacon