

07.03.2009 18:58





07.03.2009 18:43



07.03.2009  18:43



07.03.2009 18:44



07.03.2009 18:44



07.03.2009 18:44



07.03.2009 18:44



07.03.2009 18:44



07.03.2009 18:44







07.03.2009 18:51



07.03.2009 18:51



07.03.2009 18:52



07.03.2009 18:52



07.03.2009  18:52







07.03.2009  18:55



07.03.2009  18:55



07.03.2009  18:55



07.03.2009 18:55



07.03.2009 18:57