# Herbert J. Neff & Associates

1460 SW 11th Way, #105
Deerfield Beach, FL 33441
VOICE: (561) 674-1851   FAX: (954) 428-6824
CGC#: 051895

April 27, 2010

Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, FL 33020

Re:     Palm Trail Plaza
        1101 South Military Trail
        Deerfield Beach, FL 33442

Dear Sirs:

On Friday, January 29, 2010, an ADA (Americans with Disabilities Act) compliance inspection was conducted at the aforementioned property by Plaintiff's attorney, Thomas Bacon, and Plaintiff's expert Herbert Neff. Estimated costs to correct non-compliant items and elements are provided (where available). In determining costs, reference is made to the "Evaluation of Barrier Removal Costs Associated with 2004 Americans with Disabilities Act (ADA) Accessibility Guidelines" by E.H. Pechan & Associates, Inc for the SBA Office of Advocacy dated November 2007 and to RS Means ADA Compliance Pricing Guide 2nd Edition (2004). Costs do not include architectural plans and permits.

## Applicable ADA Standard

This property is considered new construction. There have been alterations done since the initial report of ADA violations in July 2009. There have been alterations on the property regarding curb ramps, parking spaces, accessible routes, and tenant space restrooms. This report covers the violations of the ADA Standards. Additionally, the property must comply with local accessibility codes (Florida Accessibility Code (FAC) & Florida Statutes) where the code provides greater accessibility than the ADA Standards. The following section covering new construction is found in the Department of Justice ADA Title III Regulation 28 CFR Part 36.

## Sec.36.401 New construction.

(a) General. (1) Except as provided in paragraphs (b) and (c) of this section, discrimination for purposes of this part includes a failure to design and construct facilities for first occupancy after January 26, 1993, that are readily accessible to and usable by individuals with disabilities.

(2) For purposes of this section, a facility is designed and constructed for first occupancy after January 26, 1993, only --

(i) If the last application for a building permit or permit extension for the facility is certified to be complete, by a State, County, or local government after January 26, 1992 (or, in those jurisdictions where the government does

1

not certify completion of applications, if the last application for a building permit or permit extension for the facility is received by the State, County, or local government after January 26, 1992); and

(ii) If the first certificate of occupancy for the facility is issued after January 26, 1993.

(b) Commercial facilities located in private residences. (1) When a commercial facility is located in a private residence, the portion of the residence used exclusively as a residence is not covered by this subpart, but that portion used exclusively in the operation of the commercial facility or that portion used both for the commercial facility and for residential purposes is covered by the new construction and alterations requirements of this subpart.

(2) The portion of the residence covered under paragraph (b)(1) of this section extends to those elements used to enter the commercial facility, including the homeowner's front sidewalk, if any, the door or entryway, and hallways; and those portions of the residence, interior or exterior, available to or used by employees or visitors of the commercial facility, including restrooms.

(c) Exception for structural impracticability. (1) Full compliance with the requirements of this section is not required where an entity can demonstrate that it is structurally impracticable to meet the requirements. Full compliance will be considered structurally impracticable only in those rare circumstances when the unique characteristics of terrain prevent the incorporation of accessibility features.

(2) If full compliance with this section would be structurally impracticable, compliance with this section is required to the extent that it is not structurally impracticable. In that case, any portion of the facility that can be made accessible shall be made accessible to the extent that it is not structurally impracticable.

(3) If providing accessibility in conformance with this section to individuals with certain disabilities (e.g., those who use wheelchairs) would be structurally impracticable, accessibility shall nonetheless be ensured to persons with other types of disabilities (e.g., those who use crutches or who have sight, hearing, or mental impairments) in accordance with this section.

**The following information is included in this report for informational purposes only and does not imply that these tax incentives are applicable to this property. Consult with your tax advisor.**

**Tax Incentives for Improving Accessibility**

Two tax incentives are available to businesses to help cover the cost of making access improvements. The first is a tax credit that can be used for architectural adaptations, equipment acquisitions, and services such as sign language interpreters. The second is a tax deduction that can be used for architectural or transportation adaptations.

(NOTE: A tax credit is subtracted from your tax liability after you calculate your taxes, while a tax deduction is subtracted from your total income before taxes, to establish your taxable income.)

**Tax Credit**

The tax credit, established under Section 44 of the Internal Revenue Code, was created in 1990 specifically to help small businesses cover ADA-related eligible access expenditures. A business that for the previous tax year had either revenues of $1,000,000 or less or 30 or fewer full-time workers may take advantage of this credit. The credit can be used to cover a variety of expenditures, including:

- provision of readers for customers or employees with visual disabilities
- provision of sign language interpreters
- purchase of adaptive equipment
- production of accessible formats of printed materials (i.e., Braille, large print, audio tape, computer diskette)
- removal of architectural barriers in facilities or vehicles (alterations must comply with applicable accessibility standards)
- fees for consulting services (under certain circumstances)

Note that the credit cannot be used for the costs of new construction. It can be used only for adaptations to existing facilities that are required to comply with the ADA.

The amount of the tax credit is equal to 50% of the eligible access expenditures in a year, up to a maximum expenditure of $10,250. There is no credit for the first $250 of expenditures. The maximum tax credit, therefore, is $5,000.

## Tax Deduction

The tax deduction, established under Section 190 of the Internal Revenue Code, is now a maximum of $15,000 per year a reduction from the $35,000 that was available through December 31, 1990. A business (including active ownership of an apartment building) of any size may use this deduction for the removal of architectural or transportation barriers. The renovations under Section 190 must comply with applicable accessibility standards.

Small businesses can use these incentives in combination if the expenditures incurred qualify under both Section 44 and Section 190. For example, a small business that spends $20,000 for access adaptations may take a tax credit of $5000 (based on $10,250 of expenditures), and a deduction of $15,000. The deduction is equal to the difference between the total expenditures and the amount of the credit claimed.

**Example:** A small business' use of both tax credit and tax deduction
$20,000 cost of access improvements (rest room, ramp, 3 doors widened)
- $5,000 maximum credit
$15,000 remaining for deduction

## Annual Incentives

The tax credit and deduction can be used annually. You may not carry over expenses from one year to the next and claim a credit or deduction for the portion that exceeded the expenditure limit the previous year. However, if the amount of credit you are entitled to exceeds the amount of taxes you owe, you may carry forward the unused portion of the credit to the following year.

For further details and information, review these incentives with an accountant or contact your local IRS office or the national address below.

## For More Information...

Request IRS Publications 535 and 334 for further information on tax incentives, or Form 8826 to claim your tax credit.

IRS Publications and Forms
(800) 829-3676 Voice
(800) 829-4059 TDD

IRS Questions
(800) 829-1040 Voice
(800) 829-4059 TDD

## PARKING & PASSENGER LOADING ZONES

A. There are two (2), newly striped, designated accessible parking spaces at the NW corner of the parking lot. These accessible parking spaces require crossing through a vehicular way. The original accessible parking spaces near this location, at "The UPS Store", have been "blacked out". These new accessible parking spaces are not on the shortest and safest accessible route to the building they serve. The curb ramp at "UPS", as built, falls under new construction. This non-compliant curb ramp served the original accessible parking spaces that were already at a location that did not require crossing a vehicular way. This curb ramp has slopes in excess of 11%. [ADA Stds. 4.1.2(1)(4)(5a); 4.3.2(1); 4.3.8; 4.5.2; 4.6.2; 4.7.2; 4.8.2]

*Recommendation: Locate compliant accessible parking spaces closest to the accessible entrance they serve. Accessible parking spaces are required to comply with ADA Standard 4.6. (FAC 11-4.6 and Florida Statute 553.5041 apply where the more stringent accessibility code is required). ($125 to re-stripe each parking space and access aisle); Modify the curb ramp in order to comply with ADA Standard 4.7 (and Florida Accessibility Code (FAC) 11-4.7 where applicable). Detectable warnings, complying with ADA standard 4.29, are required at curb ramps and where pedestrian areas adjoin a vehicular way.  ($2,000 each curb ramp; $250 each detectable warning mat)*







*ADA Standards Violated:  (followed by the FAC relevant to the cited ADA Standard)*

**Sec.36.211 Maintenance of accessible features.**

(a) A public accommodation shall maintain in operable working condition those features of facilities and equipment that are required to be readily accessible to and usable by persons with disabilities by the Act or this part.

**4.1.2 Accessible Sites and Exterior Facilities: New Construction.** An accessible site shall meet the following minimum requirements:

(1) At least one accessible route complying with 4.3 shall be provided within the boundary of the site from public transportation stops, accessible parking spaces, passenger loading zones if provided, and public streets or sidewalks, to an accessible building entrance.

(2) At least one accessible route complying with 4.3 shall connect accessible buildings, accessible facilities, accessible elements, and accessible spaces that are on the same site.

(4) Ground surfaces along accessible routes and in accessible spaces shall comply with 4.5.

(5) (a) If parking spaces are provided for self-parking by employees or visitors, or both, then accessible spaces complying with 4.6 shall be provided in each such parking area in conformance with the table below. Spaces required by the table need not be provided in the particular lot. They may be provided in a different location if equivalent or greater accessibility, in terms of distance from an accessible entrance, cost and convenience is ensured.

| Total Parking in Lot | Required Minimum Number of Accessible Spaces |
|---|---|
| 1 to 25 | 1 |
| 26 to 50 | 2 |
| 51 to 75 | 3 |
| 76 to 100 | 4 |
| 101 to 150 | 5 |
| 151 to 200 | 6 |
| 201 to 300 | 7 |
| 301 to 400 | 8 |
| 401 to 500 | 9 |
| 501 to 1000 | 2 percent of total |
| 1001 and over | 20 plus 1 for each 100 over 1000 |

(c) If passenger loading zones are provided, then at least one passenger loading zone shall comply with 4.6.6.

(7) Building Signage. Signs which designate permanent rooms and spaces shall comply with 4.30.1, 4.30.4, 4.30.5 and 4.30.6. Other signs which provide direction to, or information about, functional spaces of the building shall comply with 4.30.1, 4.30.2, 4.30.3, and 4.30.5. Elements and spaces of accessible facilities which shall be identified by the International Symbol of Accessibility and which shall comply with 4.30.7 are:

(a) Parking spaces designated as reserved for individuals with disabilities;
(b) Accessible passenger loading zones;

**4.6 Parking and Passenger Loading Zones.**

**4.6.1 Minimum Number.** Parking spaces required to be accessible by 4.1 shall comply with 4.6.2 through 4.6.5. Passenger loading zones required to be accessible by 4.1 shall comply with 4.6.5 and 4.6.6.

**4.6.2 Location.** Accessible parking spaces serving a particular building shall be located on the shortest accessible route of travel from adjacent parking to an accessible entrance. In parking facilities that do not serve

5

a particular building, accessible parking shall be located on the shortest accessible route of travel to an accessible pedestrian entrance of the parking facility. In buildings with multiple accessible entrances with adjacent parking, accessible parking spaces shall be dispersed and located closest to the accessible entrances.

**FAC 11-4.6.2 Location.**

Accessible parking spaces serving a particular building shall be located on the shortest safely accessible route of travel from adjacent parking to an accessible entrance. In parking facilities that do not serve a particular building, accessible parking shall be located on the shortest accessible route of travel to an accessible pedestrian entrance of the parking facility. In buildings with multiple accessible entrances with adjacent parking, accessible parking spaces shall be dispersed and located closest to the accessible entrances.
Each parking space must be no less than 12 feet (3658 mm) wide.

(1) All spaces must be located on an accessible route no less than 44 inches wide so that users will not be compelled to walk or wheel behind parked vehicles.

(2) If a theme park or entertainment complex [as defined in Section 509.013 (9), see definitions] provides parking in several lots or areas from which access to the theme park or entertainment complex is provided, a single lot or area may be designated for parking by persons who have disabilities, if the lot or area is located on the shortest safely accessible route to an accessible entrance to the theme park or entertainment complex or to transportation to such accessible entrance.

(3) On-street parallel parking spaces must be located either at the beginning or end of a block or adjacent to alley entrances.

**4.6.3\* Parking Spaces.** Accessible parking spaces shall be at least 96 in. wide. Parking access aisles shall be part of an accessible route to the building or facility entrance and shall comply with 4.3. Two accessible parking spaces may share a common access aisle (see Fig. 9). Parked vehicle overhangs shall not reduce the clear width of an accessible route. Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions.



**Figure 9. Dimensions of Parking Spaces.**

The access aisle shall be a minimum of 60 inches wide for cars except a minimum of 96 inches wide for van-accessible parking spaces. The width of the parking space shall be a minimum of 96 inches. The accessible route connected to the access aisle shall be a minimum of 36 inches wide.

**FAC 11-4.6.3 Parking spaces.** Parking access aisles must be no less than 5 feet (1524 mm) wide and must be part of an accessible route to the building or facility entrance. Two accessible spaces may share a common access aisle [see Figure 9 (a)]. The access aisle shall be striped diagonally to designate it as a no-parking zone. Curb ramps must be located outside of the disabled parking spaces and access aisles.

Exception: If a theme park or entertainment complex in which are provided continuous attendant services for directing individuals to marked accessible parking spaces or designated lots for parking by persons who have disabilities, the park or complex may provide parking spaces that comply with the alternatives specified in Section 11-12 .

Parked vehicle overhangs shall not reduce the clear width of an accessible route. Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2 percent) in all directions.

Parallel parking spaces must be even with surface slopes, may match the grade of the adjacent travel lane, and must not exceed a cross slope of 1:50, where feasible. Such spaces shall be designed per Sections 11-4.6.2 through 11-4.6.5 .

Exception: Access aisles are not required.

Curbs adjacent to such spaces must be of a height that will not interfere with the opening and closing of motor vehicle doors.

FIGURE 9(A)
STANDARD PARKING SPACE DESIGN

QuickTime™ and a
decompressor
are needed to see this picture.

**4.6.4\* Signage.** Accessible parking spaces shall be designated as reserved by a sign showing the symbol of accessibility (see 4.30.7). Spaces complying with 4.1.2(5)(b) shall have an additional sign "Van-Accessible" mounted below the symbol of accessibility. Such signs shall be located so they cannot be obscured by a vehicle parked in the space.

**FAC 11-4.6.4** Signage. Each accessible parking space must be prominently outlined with blue paint, and must be repainted as necessary, to be clearly distinguishable as a parking space designated for persons who have disabilities and must be posted with a permanent above-grade sign bearing the international symbol of accessibility, meeting the requirements of color and design approved by the Department of Transportation, of Section 11-4.30.7 and the caption "PARKING BY DISABLED PERMIT ONLY." Such sign erected after October 1, 1996, must indicate the penalty for illegal use of the space.

**4.6.5\* Vertical Clearance.** Provide minimum vertical clearance of 114 in. at accessible passenger loading zones and along at least one vehicle access route to such areas from site entrance(s) and exit(s). At parking spaces complying with 4.1.2(5)(b), provide minimum vertical clearance of 98 in. at the parking space and along at least one vehicle access route to such spaces from site entrance(s) and exit(s).

**FAC 11-4.6.5 Vertical clearance.** Provide minimum vertical clearance of 114 inches (2895 mm) at accessible passenger loading zones and along at least one vehicle access route to such areas from site entrance(s) and exit(s). At parking spaces complying with Section 11-4.1.2(5)(b), provide minimum vertical clearance of 98 inches (2490 mm) at the parking space and along at least one vehicle access route to such spaces from site entrance(s) and exit(s).

Every nonresidential structure built on or after January 1, 1991, which is designed to use covered or underground parking as the primary available parking space, shall design the covered or underground parking facility to maintain a minimum height for the portion of the street-accessible level of the parking facility directly over van accessible parking spaces and for providing ingress and egress to such parking spaces of at least 98 inches (2489 mm). Signs shall be posted to warn operators of permanent disability-equipped vans that they cannot pass beyond a certain point due to height limitations. If compliance with this minimum height clearance requirement will cause the structure to exceed local height limitations imposed by local zoning, planning, or fire ordinances, or will result in the imposition of any additional requirements of such ordinances, the structure may exceed the height limitation specified in those codes as necessary to comply with the requirements of this section and is exempt from such additional requirements. Structures for which the plans were sealed by an architect prior to January 1, 1991, are exempt from this section.

**4.6.6 Passenger Loading Zones.** Passenger loading zones shall provide an access aisle at least 60 in. wide and 20 ft. (240 in) long adjacent and parallel to the vehicle pull-up space (see Fig. 10). If there are curbs between the access aisle and the vehicle pull-up space, then a curb ramp complying with 4.7 shall be provided.

Vehicle standing spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions.



**Figure 10. Access Aisle at Passenger Loading Zones.**

The access aisle shall be a minimum of 240 inches long and 60 inches wide positioned with the long side parallel to the vehicle.

**FAC 11-4.6.6 Passenger loading zones.** Passenger loading zones shall provide an access aisle at least 60 inches (1525 mm) wide and 20 feet (6096 mm) long adjacent and parallel to the vehicle pull-up space (see Figure 10). If there are curbs between the access aisle and the vehicle pull-up space, then a curb ramp complying with Section 11-4.7 shall be provided. Vehicle standing spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2 percent) in all directions.

**553.5041 Parking spaces for persons who have disabilities.**

**(1)** This section is not intended to expand or diminish the defenses available to a place of public accommodation under the Americans with Disabilities Act and the federal ADAAG, including, but not limited to, the readily achievable standard, and the standards applicable to alterations to places of public accommodation. Subject to the exceptions described in subsections (2), (4), (5), and (6), when the parking and loading zone requirements of the federal ADAAG, as adopted by reference in 28 C.F.R. part 36, subparts A and D, and Title II of Pub. L. No. 101-336, provide increased accessibility, those requirements are adopted and incorporated by reference as the law of this state.

**(2)** State agencies and political subdivisions having jurisdiction over street parking or publicly owned or operated parking facilities are not required to provide a greater right-of-way width than would otherwise be planned under regulations, guidelines, or practices normally applied to new development.

**(3)** If parking spaces are provided for self-parking by employees or visitors, or both, accessible spaces shall be provided in each such parking area. Such spaces shall be designed and marked for the exclusive use of those individuals who have a severe physical disability and have permanent or temporary mobility problems that substantially impair their ability to ambulate and who have been issued either a disabled parking permit under Section 316.1958 or 320.0848 or a license plate under Section 320.084, 320.0842, 320.0843 or 320.0845.

**(4)** The number of accessible parking spaces must comply with the parking requirements in ADAAG Section 4.1 and the following:

**(a)** There must be one accessible parking space in the immediate vicinity of a publicly owned or leased building that houses a governmental entity or a political subdivision, including, but not limited to, state office buildings and courthouses, if no parking for the public is provided on the premises of the building.

**(b)** There must be one accessible parking space for each 150 metered on-street parking spaces provided by state agencies and political subdivisions.

**(c)** The number of parking spaces for persons who have disabilities must be increased on the basis of demonstrated and documented need.

**(5)** Accessible perpendicular and diagonal accessible parking spaces and loading zones must be designed and located in conformance with the guidelines set forth in ADAAG ss. 4.1.2 and 4.6 and Appendix A4.6.,3 "Universal Parking Design."

**(a)** All spaces must be located on an accessible route no less than 44 inches (1118 mm) wide so that users will not be compelled to walk or wheel behind parked vehicles.

**(b)** Each space must be located on the shortest safely accessible route from the parking space to an accessible entrance. If there are multiple entrances or multiple retail stores, the parking spaces must be dispersed to provide parking at the nearest accessible entrance. If a theme park or an entertainment complex as defined in Section 509.013(9) provides parking in several lots or areas from which access to the theme park or entertainment complex is provided, a single lot or area may be designated for parking by persons who have disabilities, if the lot or area is located on the shortest safely accessible route to an accessible entrance to the theme park or entertainment complex or to transportation to such an accessible entrance.

**(c)    1.** Each parking space must be no less than 12 feet (3658 mm) wide. Parking access aisles must be no less than 5 feet (1524 mm) wide and must be part of an accessible route to the building or facility entrance. In accordance with ADAAG Section 4.6.3, access aisles must be placed adjacent to accessible parking spaces; however, two accessible parking spaces may share a common access aisle. The access aisle must be striped diagonally to designate it as a no-parking zone.

**2** . The parking access aisles are reserved for the temporary exclusive use of persons who have disabled parking permits and who require extra space to deploy a mobility device, lift, or ramp in order to exit from or enter a vehicle. Parking is not allowed in an access aisle. Violators are subject to the same penalties that are imposed for illegally parking in parking spaces that are designated for persons who have disabilities. A vehicle may not be parked in an access aisle, even if the vehicle owner or passenger is disabled or owns a disabled parking permit.
**3** . Any provision of this subsection to the contrary notwithstanding, a theme park or an entertainment complex as defined in Section 509.013(9) in which are provided continuous attendant services for directing individuals to marked accessible parking spaces or designated lots for parking by persons who have disabilities, may, in lieu of the required parking space design, provide parking spaces that comply with ADAAG Sections 4.1 and 4.6.

**(d)** On-street parallel parking spaces must be located either at the beginning or end of a block or adjacent to alley entrances. Such spaces must be designed in conformance with the guidelines set forth in ADAAG Sections 4.6.2 through 4.6.5.
**Exception:** Access aisles are not required.
Curbs adjacent to such spaces must be of a height that will not interfere with the opening and closing of motor vehicle doors. This subsection does not relieve the owner of the responsibility to comply with the parking requirements of ADAAG Sections 4.1 and 4.6.

**(e)** Parallel parking spaces must be even with surface slopes, may match the grade of the adjacent travel lane, and must not exceed a cross slope of 1:50, where feasible.

**(f)** Curb ramps must be located outside of the disabled parking spaces and access aisles.
**(g)    1.** The removal of architectural barriers from a parking facility in accordance with 28 C.F.R. Section 36.304 or with Section 553.508 must comply with this section unless compliance would cause the barrier removal not to be readily achievable. If compliance would cause the barrier removal not to be readily achievable, a facility may provide parking spaces at alternative locations for persons who have disabilities and provide appropriate signage directing persons who have disabilities to the alternative parking if readily achievable. The facility may not reduce the required number or dimensions of those spaces, nor may it unreasonably increase the length of the accessible route from a parking space to the facility. The removal of an architectural barrier must not create a significant risk to the health or safety of a person who has a disability or to that of others.

**2** . A facility that is making alterations under Section 553.507(2)(b) must comply with this section to the maximum extent feasible. If compliance with parking location requirements is not feasible, the facility may provide parking spaces at alternative locations for persons who have disabilities and provide appropriate signage directing persons who have a disability to alternative parking. The facility may not reduce the required number or dimensions of those spaces, nor may it unnecessarily increase the length of the accessible route from a parking space to the facility. The alteration must not create a significant risk to the health or safety of a person who has a disability or to that of others.

**(6)** Each such parking space must be prominently outlined with blue paint, and must be repainted when necessary, to be clearly distinguishable as a parking space designated for persons who have disabilities and must be posted with a permanent above-grade sign of a color and design approved by the Department of Transportation, which is placed on or at a distance of 84 inches (2134 mm) above the ground to the bottom of the sign and which bears the international symbol of accessibility meeting the requirements of ADAAG Section 4.30.7 and the caption "PARKING BY DISABLED PERMIT ONLY." Such a sign erected after October 1, 1996,

must indicate the penalty for illegal use of the space. Any provision of this section to the contrary notwithstanding, in a theme park or an entertainment complex as defined in Section 509.013(9) in which accessible parking is located in designated lots or areas, the signage indicating the lot as reserved for accessible parking may be located at the entrances to the lot in lieu of a sign at each parking place. This subsection does not relieve the owner of the responsibility of complying with the signage requirements of ADAAG Section 4.30.

### 4.7 Curb Ramps.

**4.7.1 Location.** Curb ramps complying with 4.7 shall be provided wherever an accessible route crosses a curb.

**4.7.2 Slope.** Slopes of curb ramps shall comply with 4.8.2. The slope shall be measured as shown in Fig. 11. Transitions from ramps to walks, gutters, or streets shall be flush and free of abrupt changes. Maximum slopes of adjoining gutters, road surface immediately adjacent to the curb ramp, or accessible route shall not exceed 1:20.

|  | **Figure 11 - Measurement of Curb Ramp Slopes** The ramp slope is a ratio equal to the vertical rise (y) divided by the horizontal run (x). It is equal to the tangent of the angle that the plane of the ramp surface makes with a horizontal (level) plane. For a curb ramp, the adjoining slope at walk or street shall not exceed 1:20. |
| --- | --- |

**4.7.3 Width.** The minimum width of a curb ramp shall be 36 in (915 mm), exclusive of flared sides.

**FAC 11-4.7.3 Width. The minimum width of a curb ramp shall be 36 inches (915 mm), exclusive of flared sides.**

**Exception: Curb ramps that are a part of a required means of egress shall be not less than 44 inches (1118 mm) wide**.

**4.7.4 Surface.** Surfaces of curb ramps shall comply with 4.5.

**4.7.5 Sides of Curb Ramps.** If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (see Fig. 12(a)). Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp (see Fig. 12(b)).



**Figure 12(a); Sides of Curb Ramps; Flared Sides**
*Note: If X is less than 48 inches, then the slope of the flared side shall not exceed 1:12.* This figure shows a typical curb ramp, cut into a walkway perpendicular to the curb face, with flared sides having a maximum slope of 1:10. The landing at the top, measured from the top of the ramp to the edge of the walkway or closest obstruction is denoted as "x". If x, the landing depth at the top of a curb ramp, is less than 48 inches, then the slope of the flared side shall not exceed 1:12.

**Figure 12(b) - Sides of Curb Ramps - Returned Curb**
Where the curb ramp is completely contained within a planting strip or other non-walking surface, so that pedestrians would not normally cross the sides, the curb ramp sides can have steep sides including vertical returned curbs.

**FAC 11-4.7.5 Sides of curb ramps. Curb ramps located where pedestrians must use them and all curb ramps which are not protected by handrails or guardrails shall have flared sides with a slope not exceeding a ratio of 1:12. Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp.**

**4.7.6 Built-up Curb Ramps.** Built-up curb ramps shall be located so that they do not project into vehicular traffic lanes (see Fig. 13).



**Figure 13 - Built-Up Curb Ramp**
A built-up curb ramp extends outward from the curb and slopes to the ground surface. The sides must also be tapered from the ramp surface to the ground, with a maximum slope of 1:10, so that there are no drop-offs along the edges.

**4.7.7 Detectable Warnings.** A curb ramp shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp.

**4.8 Ramps.**

**4.8.1* General.** Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp and shall comply with 4.8.

**4.8.2* Slope and Rise.** The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. The maximum rise for any run shall be 30 in. (see Fig. 16). Curb ramps and ramps to be constructed on existing sites or in existing buildings or facilities may have slopes and rises as allowed in 4.1.6(3)(a) if space limitations prohibit the use of a 1:12 slope or less.



**Figure 16 - Components of a Single Ramp Run and Sample Ramp Dimensions**
If the slope of a ramp is between 1:12 and 1:16, the maximum rise shall be 30 in. and the maximum horizontal shall be 30 ft. If the slope of the ramp is between 1:16 and 1:20, the maximum rise shall be 30 in. and the maximum horizontal run shall be 40 ft.

**4.29 Detectable Warnings.**

**4.29.1 General.** Detectable warnings required by 4.1 and 4.7 shall comply with 4.29.

**4.29.2 Detectable Warnings on Walking Surfaces.** Detectable warnings shall consist of raised truncated domes with a diameter of nominal 0.9 in., a height of nominal 0.2 in. and a center-to-center spacing of nominal 2.35 in. and shall contrast visually with adjoining surfaces, either light-on-dark, or dark-on-light.
The material used to provide contrast shall be an integral part of the walking surface. Detectable warnings used on interior surfaces shall differ from adjoining walking surfaces in resiliency or sound-on-cane contact.

**4.29.5 Detectable Warnings at Hazardous Vehicular Areas.** If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings, or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36 in. wide, complying with 4.29.2.

## ACCESSIBLE ROUTES

**A. There is no accessible route, complying with ADA Standard 4.3, provided within the boundary of the site from the public transportation stop on Military Trail. An accessible walkway is not provided from Military Trail.  [ADA Stds. 4.1.2(1); 4.3.2(1); 4.3.8; 4.5.2; 4.7.1; 4.8.2]**

*Recommendation: While there was a route constructed on the far NW corner of the property on SW 10th St., there is no accessible route from Military Trail to the property. An existing path from Military Trail to "Washington Mutual" bank does not meet the requirements. "Washington Mutual" is not part of the property. Even if it was part of the property, there is no accessible route from there to the rest of the property. Also, this path from Military Trail has a slope of 8.3% without handrails. Pedestrian traffic from Military Trail, or those using public transportation (photos below of the Deerfield Beach Community Bus stop), heading to "Winn Dixie" on the SE corner of the property would be required to travel over 1,000 ft. around the corner to SW 10th St. Provide an accessible route from Military Trail to "Winn Dixie". Provide striped marked crossings wherever an accessible route crosses a vehicular way. ($250 per 100 sq. ft. of marked crossing); Construct curb ramps, in order to comply with ADA Standard 4.7 (and Florida Accessibility Code (FAC) 11-4.7 where applicable), wherever an accessible route crosses a curb. Detectable warnings, complying with ADA Standard 4.29, are required at curb ramps and where pedestrian areas adjoin a vehicular way. ($2,000 each curb ramp; $250 each detectable warning mat);  Construct a concrete walkway from Military Trail.  ($23 per linear ft.)*






 

 

**B. Signage near the non-compliant curb ramp in front of "The UPS Store" shows an arrow toward the "accessible route". It is not clear why it is at this location. A disabled person seeing an access aisle there and a sign with an accessibility symbol may park since there is a curb ramp. The sign is not visible if a person is traveling along the sidewalk of the property. [ADA Stds. 4.1.2(1); 4.3.2(1); 4.3.8; 4.5.2; 4.7.1; 4.8.2]**

*Recommendation: The "Guide to ADAAG" states for section 4.3 …* ***Where transit stops are not located within site boundaries, accessible routes should be configured to connect with public rights-of-way to provide convenient access between them and the site. It is important that accessible routes coincide with general routes to the greatest degree possible for equality and convenience. Where an alternate route is necessary for access, travel distances from the general route need to be minimized. Signage may be necessary along routes to minimize confusion or back-tracking.***








***ADA Standards Violated: (followed by the FAC relevant to the cited ADA Standard)***

**4.1.2 Accessible Sites and Exterior Facilities: New Construction.** An accessible site shall meet the following minimum requirements:

(1) At least one accessible route complying with 4.3 shall be provided within the boundary of the site from public transportation stops, accessible parking spaces, passenger loading zones if provided, and public streets or sidewalks, to an accessible building entrance.

(2) At least one accessible route complying with 4.3 shall connect accessible buildings, accessible facilities, accessible elements, and accessible spaces that are on the same site.

(4) Ground surfaces along accessible routes and in accessible spaces shall comply with 4.5.

**4.1.3 Accessible Buildings: New Construction.** Accessible buildings and facilities shall meet the following minimum requirements:

(15) Detectable warnings shall be provided at locations as specified in 4.29.

**4.3 Accessible Route.**

**4.3.1* General.** All walks, halls, corridors, aisles, skywalks, tunnels, and other spaces that are part of an accessible route shall comply with 4.3.

**4.3.2 Location.**

(1) At least one accessible route within the boundary of the site shall be provided from public transportation stops, accessible parking, and accessible passenger loading zones, and public streets or sidewalks to the accessible building entrance they serve. The accessible route shall, to the maximum extent feasible, coincide with the route for the general public.

(2) At least one accessible route shall connect accessible buildings, facilities, elements, and spaces that are on the same site.

**4.3.6 Surface Textures.** The surface of an accessible route shall comply with 4.5.

**4.3.7 Slope.** An accessible route with a running slope greater than 1:20 is a ramp and shall comply with 4.8. Nowhere shall the cross slope of an accessible route exceed 1:50.

**4.3.8 Changes in Levels.** Changes in levels along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than 1/2 in (13 mm), then a curb ramp, ramp, elevator, or platform lift (as permitted in 4.1.3 and 4.1.6) shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. An accessible route does not include stairs, steps, or escalators.

**4.5 Ground and Floor Surfaces.**

**4.5.1* General.** Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5.

**4.5.2 Changes in Level.** Changes in level up to 1/4 in (6 mm) may be vertical and without edge treatment (see Fig. 7(c)). Changes in level between 1/4 in and 1/2 in (6 mm and 13 mm) shall be beveled with a slope no greater than 1:2 (see Fig. 7(d)). Changes in level greater than 1/2 in (13 mm) shall be accomplished by means of a ramp that complies with 4.7 or 4.8.

| | |
|---|---|
|  | **Figure 7(c) - Accessible Route - Changes in level**<br>Cross section drawing showing a maximum 1/4 inch vertical change in level. |
|  | **Figure 7(d) - Accessible Route - Changes in level**<br>Cross section drawing showing a change in level 1/4 to 1/2 inch high with a 1:2 slope. |

**4.7 Curb Ramps.**

**4.7.1 Location.** Curb ramps complying with 4.7 shall be provided wherever an accessible route crosses a curb.

**4.7.2 Slope.** Slopes of curb ramps shall comply with 4.8.2. The slope shall be measured as shown in Fig. 11. Transitions from ramps to walks, gutters, or streets shall be flush and free of abrupt changes. Maximum slopes of adjoining gutters, road surface immediately adjacent to the curb ramp, or accessible route shall not exceed 1:20.

|  | **Figure 11 - Measurement of Curb Ramp Slopes** The ramp slope is a ratio equal to the vertical rise (y) divided by the horizontal run (x). It is equal to the tangent of the angle that the plane of the ramp surface makes with a horizontal (level) plane. For a curb ramp, the adjoining slope at walk or street shall not exceed 1:20. |
| --- | --- |

**4.7.3 Width.** The minimum width of a curb ramp shall be 36 in (915 mm), exclusive of flared sides.

**FAC 11-4.7.3 Width. The minimum width of a curb ramp shall be 36 inches (915 mm), exclusive of flared sides.**

**Exception: Curb ramps that are a part of a required means of egress shall be not less than 44 inches (1118 mm) wide**.

**4.7.4 Surface.** Surfaces of curb ramps shall comply with 4.5.

**4.7.5 Sides of Curb Ramps.** If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (see Fig. 12(a)). Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp (see Fig. 12(b)).



**Figure 12(a); Sides of Curb Ramps; Flared Sides**
*Note: If X is less than 48 inches, then the slope of the flared side shall not exceed 1:12.*
This figure shows a typical curb ramp, cut into a walkway perpendicular to the curb face, with flared sides having a maximum slope of 1:10. The landing at the top, measured from the top of the ramp to the edge of the walkway or closest obstruction is denoted as "x". If x, the landing depth at the top of a curb ramp, is less than 48 inches, then the slope of the flared side shall not exceed 1:12.

**Figure 12(b) - Sides of Curb Ramps - Returned Curb**
Where the curb ramp is completely contained within a planting strip or other non-walking surface, so that pedestrians would not normally cross the sides, the curb ramp sides can have steep sides including vertical returned curbs.

**FAC 11-4.7.5 Sides of curb ramps. Curb ramps located where pedestrians must use them and all curb ramps which are not protected by handrails or guardrails shall have flared sides with a slope not exceeding a ratio of 1:12. Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp.**

**4.7.6 Built-up Curb Ramps.** Built-up curb ramps shall be located so that they do not project into vehicular traffic lanes (see Fig. 13).

|  | **Figure 13 - Built-Up Curb Ramp** A built-up curb ramp extends outward from the curb and slopes to the ground surface. The sides must also be tapered from the ramp surface to the ground, with a maximum slope of 1:10, so that there are no drop-offs along the edges. |
| --- | --- |

**4.7.7 Detectable Warnings.** A curb ramp shall have a detectable warning complying with 4.29.2. The detectable warning shall extend the full width and depth of the curb ramp.

**4.8 Ramps.**

**4.8.1\* General.** Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp and shall comply with 4.8.

**4.8.2\* Slope and Rise.** The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. The maximum rise for any run shall be 30 in. (see Fig. 16). Curb ramps and ramps to be constructed on existing sites or in existing buildings or facilities may have slopes and rises as allowed in 4.1.6(3)(a) if space limitations prohibit the use of a 1:12 slope or less.

| | |
|---|---|
|  | **Figure 16 - Components of a Single Ramp Run and Sample Ramp Dimensions**<br>If the slope of a ramp is between 1:12 and 1:16, the maximum rise shall be 30 in. and the maximum horizontal run shall be 30 ft. If the slope of the ramp is between 1:16 and 1:20, the maximum rise shall be 30 in. and the maximum horizontal run shall be 40 ft. |

**4.29 Detectable Warnings.**

**4.29.1 General.** Detectable warnings required by 4.1 and 4.7 shall comply with 4.29.

**4.29.2 Detectable Warnings on Walking Surfaces.** Detectable warnings shall consist of raised truncated domes with a diameter of nominal 0.9 in., a height of nominal 0.2 in. and a center-to-center spacing of nominal 2.35 in. and shall contrast visually with adjoining surfaces, either light-on-dark, or dark-on-light.
The material used to provide contrast shall be an integral part of the walking surface. Detectable warnings used on interior surfaces shall differ from adjoining walking surfaces in resiliency or sound-on-cane contact.

**4.29.5 Detectable Warnings at Hazardous Vehicular Areas.** If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings, or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36 in. wide, complying with 4.29.2.

## TENANT SPACES & PUBLIC RESTROOMS

### The UPS Store

**A.   The rear grab bar is not 36 inches long. [ADA Stds. 4.1.3(11); 4.16.4; 4.22.4]**

*Recommendation: Provide grab bars which comply with ADA Figure 29.  ($125 each grab bar); Institute a policy that requires clear floor spaces at fixtures and dispensers are maintained free of obstructions.*



**B.   The location of the paper towel dispenser, above the toilet, places it beyond the maximum reach ranges. A paper towel roll is located on the toilet tank, which allows for it to be moved to an inaccessible location. (see photo above)  [ADA Stds. 4.1.3(13); 4.2.4; 4.2.5; 4.2.6; 4.22.7; 4.27.2; 4.27.3; Sec.36.211]**

*Recommendation: Relocate the dispenser to within the required reach ranges of ADA Standards 4.2.5 or 4.2.6 and within the required clear floor space of ADA Standard 4.2.4.  ($75); Institute a policy that requires clear floor spaces at fixtures and dispensers are maintained free of obstructions and that accessible elements are maintained in operable working condition.*

**C.   There is no accessible route exiting the restroom due to objects that are located within the required clear floor space at the door.   [ADA Stds. 4.1.3(1)(7)(11); 4.3.2(3); 4.3.9; 4.13.6; 4.22.1; 4.22.2; Sec.36.211]**

*Recommendation: Relocate objects. Institute a policy that requires clear floor spaces and accessible routes are kept free of obstructions.*



**D. Objects on the floor obstruct the required clear floor space at the lavatory. [ADA Stds. 4.1.3(11); 4.19.2; 4.19.3; 4.22.3; 4.22.6; Sec.36.211]**

*Recommendation: Relocate or remove objects that are located within the required clear floor space at each fixture and within the restroom. Institute a policy that requires clear floor spaces at fixtures and dispensers are maintained free of obstructions.*



**_ADA Standards Violated:_**

**Sec.36.211 Maintenance of accessible features.**
(a) A public accommodation shall maintain in operable working condition those features of facilities and equipment that are required to be readily accessible to and usable by persons with disabilities by the Act or this part.

**4.1.3 Accessible Buildings: New Construction.** Accessible buildings and facilities shall meet the following minimum requirements:

(11) Toilet Facilities: If toilet rooms are provided, then each public and common use toilet room shall comply with 4.22. Other toilet rooms provided for the use of occupants of specific spaces (i.e., a private toilet room for the occupant of a private office) shall be adaptable. If bathing rooms are provided, then each public and common use bathroom shall comply with 4.23. Accessible toilet rooms and bathing facilities shall be on an accessible route.

(13) Controls and operating mechanisms in accessible spaces, along accessible routes, or as parts of accessible elements (for example, light switches and dispenser controls) shall comply with 4.27.

**4.2 Space Allowance and Reach Ranges.**

**4.2.4* Clear Floor or Ground Space for Wheelchairs.**

**4.2.4.1 Size and Approach.** The minimum clear floor or ground space required to accommodate a single, stationary wheelchair and occupant is 30 in. by 48 in. (see Fig. 4, see Fig. 4(a)). The minimum clear floor or ground space for wheelchairs may be positioned for forward or parallel approach to an object (see Fig. 4(b) and Fig. 4(c)). Clear floor or ground space for wheelchairs may be part of the knee space required under some objects.

**4.2.4.2 Relationship of Maneuvering Clearance to Wheelchair Spaces.** One full unobstructed side of the clear floor or ground space for a wheelchair shall adjoin or overlap an accessible route or adjoin another

wheelchair clear floor space. If a clear floor space is located in an alcove or otherwise confined on all or part of three sides, additional maneuvering clearances shall be provided as shown in Fig. 4(d) and Fig.4(e).



**Figure 4. Minimum Clear Floor Space for Wheelchairs.**
**Figure 4(a) Clear Floor Space.** 30 inches by 48 inches.
**Figure 4(b) Forward Approach.** With a wheelchair facing a wall, element or surface -- 30 inches wide by 48 inches deep.
**Figure 4(c) Parallel Approach.** With a wheelchair positioned beside a wall, element or surface to the side -- 48 inches long by 30 inches wide.
**Figure 4(d) Clear Floor Space in Alcoves.** For a forward approach, where the depth of the alcove is equal to or less than 24 inches, the required clear floor space is 30 inches wide by 48 inches deep. For a parallel (side) approach, where the depth of the alcove is equal to or less than 15 inches, the width is 30 inches and the length is 48 inches.
**Figure 4(e) Additional Maneuvering Clearances for Alcoves.** For a forward approach, if the depth of the alcove is greater than 24 inches, then in addition to the 30 inches width, a maneuvering clearance of 6 inches in width is required, for a total width of 36 inches.
For a parallel approach, where the depth of the alcove is greater than 15 inches, then in addition to the 48 inches length, an additional maneuvering clearance of 12 inches in length is required, for a total length of 60 inches.

**4.2.4.3 Surfaces for Wheelchair Spaces.** Clear floor or ground spaces for wheelchairs shall comply with 4.5.

**4.2.5* Forward Reach.** If the clear floor space only allows forward approach to an object, the maximum high forward reach allowed shall be 48 in.(see Fig. 5 and Fig. 5(a)). The minimum low forward reach is 15 in (380 mm). If the high forward reach is over an obstruction, reach and clearances shall be as shown in Fig. 5(b).



**Figure 5. Forward Reach.**

**Figure 5(a) High Forward Reach Limit.** Facing a wall, surface or element -- maximum reach height is 48 inches (1220 mm) and minimum low forward reach height is 15 inches (380 mm). Clear floor space 48 inches (1220 mm) deep and 30 inches (760 mm) wide.

**Figure 5(b) Maximum Forward Reach over an Obstruction.** The maximum depth of an obstruction with knee space below is 25 inches (635 mm). When the obstruction is less than 20 inches (510 mm) deep, the maximum high forward reach is 48 inches (1220 mm). When the depth of the obstruction is greater than 20 inches (510 mm) and less than 25 inches (635 mm), the maximum high forward reach is 44 inches (1120 mm). A clear floor space 48 inches (1220 mm) long and 30 inches (760 mm) wide is provided.

20

**4.2.6* Side Reach.** If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54 in. and the low side reach shall be no less than 9 in. above the floor (Fig 6, Fig. 6(a), and Fig. 6(b)). If the side reach is over an obstruction, the reach and clearances shall be as shown in Fig. 6(c).



**Figure 6. Side Reach.**

**Figure 6(a) Clear Floor Space Parallel Approach.** The clear floor space 48 inches long and 30 inches wide is no more than 10 inches from the side wall, surface or element.

**Figure 6(b) High and Low Side Reach Limits.** For a parallel approach the maximum high side reach is 54 inches and the minimum low side reach is 9 inches. The clear floor space is no more than 10 inches from the wall, surface or element.

**Figure 6(c) Maximum Side Reach over Obstruction.** If the depth of the obstruction is 24 inches (610 mm) and the maximum height of the obstruction is 34 inches (865 mm), the maximum high side reach over the obstruction is 46 inches.

## 4.3 Accessible Route.

**4.3.1* General.** All walks, halls, corridors, aisles, skywalks, tunnels, and other spaces that are part of an accessible route shall comply with 4.3.

**4.3.2 Location.**

(3) At least one accessible route shall connect accessible building or facility entrances with all accessible spaces and elements and with all accessible dwelling units within the building or facility.

**4.3.9 Doors.** Doors along an accessible route shall comply with 4.13.

## 4.13 Doors.

**4.13.1 General.** Doors required to be accessible by 4.1 shall comply with the requirements of 4.13.

**4.13.6 Maneuvering Clearances at Doors.** Minimum maneuvering clearances at doors that are not automatic or power-assisted shall be as shown in Fig. 25. The floor or ground area within the required clearances shall be level and clear.



**Figure 25 - Maneuvering Clearances at Doors**

NOTE: All doors in alcoves shall comply with the clearances for front approaches.

Diagram (a) Front Approaches -- Swinging Doors. Front approaches to pull side of swinging doors shall have maneuvering space that extends 18 in minimum beyond the latch side of the door and 60 in. minimum perpendicular to the doorway.

Front approaches to push side of swinging doors, equipped with both closer and latch, shall have maneuvering space that extends 12 in. minimum beyond the latch side of the door and 48 in. minimum perpendicular to the doorway.

Front approaches to push side of swinging doors, not equipped with latch and closer, shall have maneuvering space that is the same width as door opening and extends 48 in. minimum perpendicular to the doorway.

Diagram (b) Hinge Side Approaches. Hinge-side approaches to pull side of swinging doors shall have maneuvering space that extends 36 in. minimum beyond the latch side of the door if 60 in. minimum is provided perpendicular to the doorway or maneuvering space that extends 42 in. minimum beyond the latch side of the door shall be provided if 54 in. minimum is provided perpendicular to the doorway.

Hinge-side approaches to push side of swinging doors, not equipped with both latch and closer, shall have a maneuvering space of 54 in minimum, parallel to the doorway and 42 in. minimum, perpendicular to the doorway.

Hinge side approaches to push side of swinging doors, equipped with both latch and closer, shall have maneuvering space of 54 in. minimum, parallel to the doorway, 48 in. minimum perpendicular to the doorway.

Diagram (c) Latch Side Approaches -- Swinging Doors. Latch-side approaches to pull side of swinging doors, with closers, shall have maneuvering space that extends 24 in minimum beyond the latch side of the door and 54 in. minimum perpendicular to the doorway.

Latch-side approaches to pull side of swinging doors, not equipped with closers, shall have maneuvering space that extends 24 in. minimum beyond the latch side of the door and 48 in. minimum perpendicular to the doorway.

Latch-side approaches to push side of swinging doors, with closers, shall have maneuvering space that extends 24 in. minimum parallel to the doorway beyond the latch side of the door and 48 in. minimum perpendicular to the doorway.

Latch-side approaches to push side of swinging doors, not equipped with closers, shall have maneuvering space that extends 24 in. minimum parallel to the doorway beyond the latch side of the door and 42. in minimum perpendicular to the doorway.

Diagram (d) Front Approach -- Sliding Doors and Folding Doors. Front approaches to sliding doors and folding doors shall have maneuvering space that is the same width as the door opening and shall extend 48 in. minimum perpendicular to the doorway.

Diagram (e). Slide-side approaches to sliding doors and folding doors shall have a maneuvering space of 54 in. minimum, parallel to the doorway, and 42 in. minimum, perpendicular to the doorway.

Diagram (f) Latch Side Approach -- Sliding Doors and Folding Doors. Latch-side approaches to sliding

doors and folding doors shall have a maneuvering space that extends 24 in. minimum beyond the latch side of the door and extends 42 in. minimum perpendicular to the doorway.

### 4.16 Water Closets.

**4.16.1 General.** Accessible water closets shall comply with 4.16.

**4.16.2 Clear Floor Space.** Clear floor space for water closets not in stalls shall comply with Fig. 28. Clear floor space may be arranged to allow either a left-handed or right-handed approach.



**Figure 28. Clear Floor Space at Water Closets.**
[Note: Figure 28 applies to water closets not installed in toilet stalls. Figure 30 covers toilet stalls.]

For a side or forward approach, the water closet must be located along the back wall and the centerline of the water closet must be 18 inches from the side wall with the side grab bar.

For a forward approach/transfer, when a lavatory is installed beside the water closet, there must be a clear floor space at the water closet that is a minimum 48 inches in width (parallel to the back wall) and a minimum of 66 inches in length. An accessible lavatory may overlap the clear floor space at the back wall as long as a minimum 18 inches clearance is maintained between the centerline of the water closet and the nearest edge of the lavatory. Grab bars are provided on the side and back wall (see figure 29).

For a side approach/transfer, when a lavatory is installed beside the water closet, there must be a clear floor space at the water closet that is a minimum of 48 inches in width (parallel to the back wall) and a minimum of 56 inches in length. An accessible lavatory may overlap the clear floor space at the back wall as along as a minimum 18 inches clearance is maintained between the centerline of the water closet and the nearest edge of the lavatory. Grab bars are provided on the side and back wall (see figure 29).

For a forward and side approach or for a lateral transfer, there must be a clear floor space at the water closet that is a minimum of 60 in. in width (parallel to the back wall) and a minimum of 56 inches in length. There must be a clear floor space of 42 in. min. from the centerline of the water closet to the nearest obstruction/wall. A lavatory may not overlap this clear space. Grab bars are provided on the side and back wall (see figure 29).

**4.16.3* Height.** The height of water closets shall be 17 in to 19 in (430 mm to 485 mm), measured to the top of the toilet seat (see Fig. 29(b)). Seats shall not be sprung to return to a lifted position.

QuickTime™ and a
decompressor
are needed to see this picture.

**Figure 29. Grab Bars at Water Closets.**
**Figure 29(a) Back Wall.** A 36 inches minimum length grab bar, mounted 33-36 inches above the finish floor, is required behind the water closet. The grab bar must extend at least 12 inches from the centerline of the water

---

closet toward the side wall and at least 24 inches from the centerline of the water closet toward the open side.
**Figure 29(b) Side Wall.** A 42 inches minimum length grab bar is required on the side wall, spaced a maximum of 12 inches from the back wall and extending a minimum of 54 inches from the back wall at a height of 33-36 inches. The toilet paper dispenser shall be mounted below the grab bar at a minimum height of 19 inches. The height of the toilet seat shall be 17 to 19 inches above the finished floor.

---

**4.16.4\* Grab Bars.** Grab bars for water closets not located in stalls shall comply with 4.26 and Fig. 29. The grab bar behind the water closet shall be 36 in. minimum.

**4.16.5\* Flush Controls.** Flush controls shall be hand operated or automatic and shall comply with 4.27.4. Controls for flush valves shall be mounted on the wide side of toilet areas no more than 44 in (1120 mm) above the floor.

**4.16.6 Dispensers.** Toilet paper dispensers shall be installed within reach, as shown in Fig. 29(b). Dispensers that control delivery, or that do not permit continuous paper flow, shall not be used.

## 4.19 Lavatories and Mirrors.

**4.19.1 General.** The requirements of 4.19 shall apply to lavatory fixtures, vanities, and built-in lavatories.

**4.19.2 Height and Clearances.** Lavatories shall be mounted with the rim or counter surface no higher than 34 in (865 mm) above the finish floor. Provide a clearance of at least 29 in (735 mm) above the finish floor to the bottom of the apron. Knee and toe clearance shall comply with Fig.31.



**Figure 31. Lavatory Clearances.**
The minimum knee clearance must be free of equipment or obstructions for a minimum of 8 inches extending from the front edge of the lavatory back toward the wall. This knee clearance must be 29 inches high at the front of the lavatory and no less than 27 inches high at a point 8 inches back. In addition, a minimum 9 inches high toe clearance must be provided extending back toward the wall to a distance no more than 6 inches from the back wall. The toe clearance space must be free of equipment or obstructions.
The maximum height of the lavatory is 34 inches. The bottom edge of a wall-mounted mirror must be mounted no more than 40 inches above the floor.

**4.19.3 Clear Floor Space.** A clear floor space 30 in by 48 in (760 mm by 1220 mm) complying with 4.2.4 shall be provided in front of a lavatory to allow forward approach. Such clear floor space shall adjoin or overlap an accessible route and shall extend a maximum of 19 in (485 mm) underneath the lavatory (see Fig.32).



**Figure 32. Clear Floor Space at Lavatories.**
The minimum depth of the lavatory is 17 inches. A clear floor space at least 30 inches wide and 48 inches long is required for a forward approach in front of the accessible lavatory. The clear floor space shall extend up to 19 inches maximum into the knee space below the lavatory.

**4.19.4 Exposed Pipes and Surfaces.** Hot water and drain pipes under lavatories shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories.

**4.19.5 Faucets.** Faucets shall comply with 4.27.4. Lever-operated, push-type, and electronically controlled mechanisms are examples of acceptable designs. If self-closing valves are used the faucet shall remain open for at least 10 seconds.

**4.19.6\* Mirrors.** Mirrors shall be mounted with the bottom edge of the reflecting surface no higher than 40 in (1015 mm) above the finish floor (see Fig.31).


## 4.22 Toilet Rooms.

**4.22.1 Minimum Number.** Toilet facilities required to be accessible by 4.1 shall comply with 4.22. Accessible toilet rooms shall be on an accessible route.

**4.22.2 Doors.** All doors to accessible toilet rooms shall comply with 4.13. Doors shall not swing into the clear floor space required for any fixture.

**4.22.3\* Clear Floor Space.** The accessible fixtures and controls required in 4.22.4, 4.22.5, 4.22.6, and 4.22.7 shall be on an accessible route. An unobstructed turning space complying with 4.2.3 shall be provided within an accessible toilet room. The clear floor space at fixtures and controls, the accessible route, and the turning space may overlap.

**4.22.4 Water Closets.** If toilet stalls are provided, then at least one shall be a standard toilet stall complying with 4.17; where 6 or more stalls are provided, in addition to the stall complying with 4.17.3, at least one stall 36 in (915 mm) wide with an outward swinging, self-closing door and parallel grab bars complying with Fig. 30(d) and 4.26 shall be provided. Water closets in such stalls shall comply with 4.16. If water closets are not in stalls, then at least one shall comply with 4.16.

**4.22.5 Urinals.** If urinals are provided, then at least one shall comply with 4.18.

**4.22.6 Lavatories and Mirrors.** If lavatories and mirrors are provided, then at least one of each shall comply with 4.19.

**4.22.7 Controls and Dispensers.** If controls, dispensers, receptacles, or other equipment are provided, then at least one of each shall be on an accessible route and shall comply with 4.27.


## 4.27 Controls and Operating Mechanisms.

**4.27.1 General.** Controls and operating mechanisms required to be accessible by 4.1 shall comply with 4.27.

**4.27.2 Clear Floor Space.** Clear floor space complying with 4.2.4 that allows a forward or a parallel approach by a person using a wheelchair shall be provided at controls, dispensers, receptacles, and other operable equipment.

**4.27.3\* Height.** The highest operable part of controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified in 4.2.5 and 4.2.6. Electrical and communications system receptacles on walls shall be mounted no less than 15 in (380 mm) above the floor.

EXCEPTION: These requirements do not apply where the use of special equipment dictates otherwise or where electrical and communications systems receptacles are not normally intended for use by building occupants.

**4.27.4 Operation.** Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf (22.2 N).

## POLICIES & PROCEDURES

A public accommodation should have, in place, policies and procedures in compliance with the Department of Justice ADA Title III Regulation 28 CFR Part 36.302(a).

*A public accommodation shall make reasonable modifications in policies, practices, or procedures, when the modifications are necessary to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities, unless the public accommodation can demonstrate that making the modifications would fundamentally alter the nature of the goods, services, facilities, privileges, advantages, or accommodations.*

A. Implement a policy where staff is properly trained and familiarized with the available features of the property for use by, or assistance to, disabled persons.

B. Implement a policy where movable objects are not located where they will obstruct the required wheelchair clearances; i.e. near doors or on an accessible route.

C. Inform personnel of the procedure to assist disabled guests using wheelchairs during transactions.

D. Implement a policy where staff reads items fully, upon request, and provide assistance, if necessary, for individuals who are visually impaired.

E. When handing currency to a customer, bills should be individually identified and counted. A person who is blind or visually impaired usually identifies currency by folding it in different ways and/or by placing denominations in separate locations in a wallet or purse. Identifying coins is usually not a problem because of their varying sizes and milled edges. Credit cards should be handed to guests after imprint, not simply laid on a counter or table. A piece of cardboard or a plastic or metal signature template can be used to indicate where a signature is required. Place cardboard edge horizontally below line or orient opening of signature template where signature is required.

F. Implement policies where employees will receive training so that they are generally familiar with the obligations of public accommodations under the ADA.

G. Implement a policy where the company's website is accessible. Accessibility requirements are set forth in the Web Accessibility Initiative of the World Wide Consortium (W3C). Ensure that users with screen reader software and other similar technology can navigate their way through the websites by listening to the text. To be accessible in this manner, a web site must use code that is comprehensible to screen reader software. For more information visit http://www.ada.gov/websites2.htm

H. Implement a policy where accessible parking spaces are monitored to prevent illegal parking within the spaces or access aisles.

I. Implement a policy maintaining in operable working condition those features that are required to be readily accessible to and usable by persons with disabilities. For example, repairing cracks in sidewalks on exterior routes; placing portable display racks and potted plants so they do not impede exterior and interior routes; snow removal on exterior routes; replacing damaged or stolen room identification signs; tightening or adjusting accessible toilet seat fasteners, grab bars, handrails and door hardware; trimming tree branches and shrubs that pose safety hazards for blind persons and persons with low vision.

J. Implement a policy where the facility allow persons with disabilities to use service animals, without imposing any extra charges or conditions, in guestroom/suites and all public areas of the facility (e.g.: restaurants, bar areas, facility grounds, vans/shuttle buses, and other areas for meeting or recreation).

# PABLO BAEZ

2 CALLAWASSIE COURT • SIMPSONVILLE, SC 29681

954-260-4588; HELP@ADASCNC.COM ; WWW.ADASCNC.COM

## SUMMARY OF QUALIFICATIONS

- Accessibility Inspector / Plans Examiner; ICC Certificate Number 5254782-21 – February 2005
- Certificate of Completion – Florida Building Code for Accessible Construction – August 2005
- Certificate of Completion – The New ADA Standards: What You Need to Know – July 2009
- Member of NAAC (National Association of Accessibility Consultants)
- Performed ADA Site Inspections of Hotels, Shopping Centers, Gas Stations, and Municipalities in New York, New Jersey, Texas, Illinois, Nevada, Massachusetts, North Carolina, Pennsylvania, and Florida.
- Expert Testimony – Access 4 All, Inc. v. Absecon Hospitality Corp.
  Access 4 All, Inc. v. Trump International Hotel & Tower

## PROFESSIONAL EXPERIENCE

January 2008 -  ADA Compliance Consultants of the Carolinas, LLC - *President*

Sept. 2006 -  American Disability Act Consultants, LLC
*Accessibility Inspector / Plans Examiner; ADA Consultant*
- Rule 34 Inspections
- Assist in Researching ADA Standards and ADAAG Guidelines

August 2005 -   Herbert  J. Neff & Associates
*Accessibility Inspector / Plans Examiner; ADA Consultant*
- ADA Inspection Apprenticeship
- Rule 34 Inspections
- Assist in Researching ADA Standards and ADAAG Guidelines

February 2005 -   Access-Ability, Inc.
*Accessibility Inspector / Plans Examiner; ADA Consultant; Disability Product Sales*
- ADA Inspection Apprenticeship
- Rule 34 Inspections
- Assist in Researching ADA Standards and ADAAG Guidelines
- Sales of Medical Equipment and Aids for Daily Living
- Site Visits & Preparation of Job Proposals for V.A. and Vocational Rehabilitation Home Modifications

## LANGUAGES

English; Spanish

## COMMUNITY ACTIVITIES

Head Coach – Simpsonville YMCA Flag Football ; Basketball

Sound Board Operator – St. Mary Magdalene Catholic Church

**Herbert J. Neff & Associates**
**1460 SW 11th Way, #105**
**Deerfield Beach, FL 33441**
**VOICE:  (561) 674-1851   FAX:  (954) 428-6824**
**CGC#:  051895**

**Registered: HERBERT J. NEFF & ASSOCIATES (DBA) with State of Florida 8-11-05**

**SUMMARY:**  Diverse line and staff responsibilities in financial, distribution, high-tech, real estate, construction, and as ADA Expert provide broad perspective for business planning and development.

**EXPERIENCE:**  **ADA Expert -** as independent consultant performed over 700 inspections during past seven years representing plaintiffs as well as defendants, and Managing Member - American Disability Act Consultants, LLC

**General Contractor Qualifier for** ACCESS-ABILITY, INC., Pompano Beach, Fl. (1998 - Present).
Construction supervision, building permits, construction design, and ADA evaluations.

**Marketing Consultant,** ADVANCED AQUATRONICS INTERNATIONAL, Pompano Beach, Florida (1991 - Present)
Provide missionary service for new market areas and client types for high-tech water conditioning systems.

**Executive Assistant to Director of Operations,** TURNBERRY ASSOCIATES, Aventura, Florida (1985 - 1991) & (1980 - 1983)
Responsibilities   included property development, project administration, accounting/controlling, business planning, financial analysis, special projects.

**Independent Consultant**
Miami, Florida (1983 - 1985)
Provided management and financial counseling to construction companies.
Conducted executive search assignments for firms in Broward and Dade counties.

**H. J.  Neff & Associates**
Miami, Florida (1971 - 1980)
Consulting in business planning, financial and business evaluations for industrial, commercial  and real estate firms; executive search services.

**Manager, Corporate Planning,** E-Systems, Inc.
Dallas, Texas (1966 - 1970)
Coordinated Five Year Business Plan for five operating divisions with 10,000 employees and a total business of over $200 million.  Monitored R&E budgets of $14 million.  Reviewed merger and acquisition prospects.

**EDUCATION:**  A.B. cum laude in Economics, Harvard College
Armed Forces Institute, Business Seminars
Licensed Florida Real Estate Broker, and Florida Certified General Contractor

Palm Trail Plaza
1101 South Military Trail
Deerfield Beach, FL 33442

This report was prepared by Herbert J Neff & Associates:

_____   _____

Pablo Baez           Herbert J. Neff