IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-61412-LENARD/TURNOFF

OWEN HARTY, individually,

    Plaintiff,

v.

SRA/PALM TRAILS PLAZA, LLC, a foreign
Limited Liability Company,

    Defendant.
_____/

## JOINT MOTION TO APPROVE STIPULATION FOR SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE

Plaintiff, Owen Harty ("Plaintiff"), and Defendant, SRA/Palm Trials Plaza, LLC ("Defendant"), pursuant to Rule 41(a)(2), Fed. R. Civ. P., hereby jointly move this Court for an Order approving the Parties' Stipulation for Settlement and dismissing this case, with prejudice. In support thereof, the Parties state as follows:

1. Plaintiff filed this action against Defendant, alleging violations of Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12181-12189 (the "ADA") and the Florida Accessibility Code ("FAC").

2. Defendant denies that it has discriminated against Plaintiff and denies that any barriers to access existed at the subject property but, in order to better facilitate access to the subject property, Defendant has made certain modifications to the subject property.

3. The Parties agree that the subject property is currently in full compliance with the ADA and FAC.

4. Accordingly, the Parties have entered into a Stipulation for Settlement, a copy of which is attached hereto as Exhibit A and incorporated herein by reference, and request an Order from the Court approving the Stipulation for Settlement and dismissing this case with prejudice in accordance with the terms of the Stipulation for Settlement.

WHEREFORE, Plaintiff, Owen Harty, and Defendant, SRA/Palm Trails Plaza, LLC, respectfully request an Order from the Court approving the attached and incorporated Stipulation for Settlement and dismissing this case with prejudice.

| THOMAS B. BACON, P.A. | REIMER & ROSENTHAL LLP |
|---|---|
| Counsel for Plaintiff, | Counsel for Defendant, |
| Owen Harty | SRA/Palm Trails Plaza, LLC |
| *signature* | *signature* |
| Thomas B. Bacon, Esq. | Alex P. Rosenthal, Esq. |
| Florida Bar No. 139262 | Florida Bar No. 815160 |
| tbb@thomasbaconlaw.com | alex@rrcounsel.com |
| 4868 S.W. 103rd Ave. | 2115 N Commerce Pkwy. |
| Cooper City, FL 33328 | Weston, FL 33326 |
| Telephone No.: (954) 478-7811 | Telephone No.: (954) 384-9200 |
| Facsimile No.: (954) 237-1990 | Facsimile No.: (954) 384-0017 |